IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| **MCCULLY-CHAPMAN EXPLORATION, INC.,** *Plaintiff,* | § § § § § § § § § | **MO:24-CV-00018-DC** |
| v. | | |
| **OVINTIV USA, INC.,** *Defendant.* | | |

### ORDER MOOTING REPORT AND RECOMMENDATION AND MOTION FOR JUDGMENT ON PLEADINGS

BEFORE THE COURT is the report and recommendation from United States Magistrate Judge Ronald C. Griffin (Doc. 75) concerning Defendant's Motion for Partial Judgment on the Pleadings (Doc. 32). Pursuant to 28 U.S.C. § 636(b) and Rule 1(d) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas, Magistrate Judge Griffin issued his Report and Recommendation on June 25, 2025 (Doc. 75).

Under 28 U.S.C. § 636(b), a party who files specific, written objections to a magistrate judge's proposed findings and recommendations within fourteen days is entitled to *de novo* review by the district court. McCully has done so here, thus securing heightened review. After conducting that review, the Court finds the Report and Recommendation to be correct in both its reasoning and conclusions.

That said, the Court has also just reviewed and issued an order denying Defendant's Motion for Partial Summary Judgment (Doc. 55), which seeks summary judgment on the very same grounds. So, because summary judgment was denied and because the case must

proceed to trial on the grounds considered in the Report and Recommendation, the Report and Recommendation, as well as the underlying Motion, are now **MOOT**.

The Court will therefore **DECLINE** to adopt the Report and Recommendation as it is rendered **MOOT**. Defendant's underlying Motion is also **DENIED AS MOOT**.

It is so **ORDERED**.

SIGNED this 5th day of August, 2025.

DAVID COUNTS
UNITED STATES DISTRICT JUDGE